IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. NINEHOUSER,** | : | CIVIL ACTION NO. 1:23-CV-1639 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JEREMY READ, individually and in his official capacity as an officer for Lower Allen Township Police Department, and LOWER ALLEN TOWNSHIP d/b/a Lower Allen Police Department,** | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 6th day of December, 2023, in accordance with Standing Order 04-3 and Local Rule of Court 16.8 which establish and implement this judicial district's court-annexed mediation program, see M.D. PA. STANDING ORDER 04-3 (July 26, 2004); M.D. PA. L.R. 16.8, it is hereby ORDERED that:

1. The above-captioned civil action has been selected at random for mandatory referral to court-annexed mediation.

2. Per the agreement of the parties during the initial case management conference, the parties shall have 30 days to conduct limited discovery before formal referral of this matter to mediation.

3. The deadline for completion of limited discovery is **Friday, January 5, 2024**. The court will defer issuance of a mediation referral order until that time.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania