UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH A. NINEHOUSER<br><br>Plaintiff,<br><br>v.<br><br>JEREMY READ, individually and in his official capacity as an officer for Lower Allen Township Police Department and LOWER ALLEN TOWNSHIP d/b/a Lower Allen Police Department<br><br>Defendants. | CIVIL ACTION - LAW<br><br>NO. 1:23-CV-1639<br><br>JURY TRIAL BY 12 DEMANDED |

**CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS TO PRODUCE
DOCUMENTS AND THINGS FOR DISCOVERY**

As a prerequisite to service of subpoenas for documents and things, the undersigned certifies that:

1. Notice of Intent to Serve Subpoena with a copy of the subpoena attached thereto was emailed to Plaintiff prior to the date on which the subpoena is sought to be served.

2. Copy of the Notice of Intent, including the proposed subpoena is attached.

3. Counsel for Plaintiff has not objected to the proposed subpoena.

4. The subpoena which will be served are identical to the subpoena which is attached to the Notice of Intent to serve the Subpoena.

**FOWLER HIRTZEL MCNULTY &
SPAULDING, LLC**

Date: February 26, 2024              By: _____
                                     Benjamin P. Novak, Esq. (ID # 326182)
                                     1860 Charter Lane, Suite 201
                                     Lancaster, PA 17601
                                     Phone: (717) 696-0551
                                     Fax: (717) 229-1239
                                     bnovak@fhmslaw.com
                                     Attorney for Defendants

{W1704251.1}                          2

# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH A. NINEHOUSER<br><br>Plaintiff,<br><br>v.<br><br>JEREMY READ, individually and in his official capacity as an officer for Lower Allen Township Police Department and LOWER ALLEN TOWNSHIP d/b/a Lower Allen Police Department<br><br>Defendants. | CIVIL ACTION - LAW<br><br>NO. 1:23-CV-1639<br><br>JURY TRIAL BY 12 DEMANDED |

## NOTICE OF INTENT TO SERVE A SUBPOENA TO PRODUCE DOCUMENTS AND THINGS FOR DISCOVERY

To:   Paul C. Siegrist, Esquire
      Stone, Wiley, & Linsenbach, P.C.

PLEASE TAKE NOTICE that Defendants intend to serve a subpoena identical to the one attached to this notice.

**FOWLER HIRTZEL MCNULTY & SPAULDING, LLC**

Date: February 20, 2024    By: _____
                               Benjamin P. Novak, Esq. (ID # 326182)
                               1860 Charter Lane, Suite 201

{W1701204.1}                          1

Lancaster, PA 17601
Phone: (717) 696-0551
Fax: (717) 229-1239
bnovak@fhmslaw.com
Attorney for Defendants

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| JOSEPH A. NINEHOUSER | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:23-CV-1639 |
| JEREMY READ, et al | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: TELEHEALTH PCS - 618 Cumberland Street, Lebanon, PA 17042

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Any and all records pertaining to Joseph Ninehouser, d/o/b 6/17/89 from dates of service 1/1/2019 through the present

| Place: Fowler Hirtzel McNulty & Spaulding LLC 1860 Charter Lane, Suite 201, Lancaster, PA 17601 | Date and Time: 30 days from date of Service of Subpoena |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/20/2024

*CLERK OF COURT*

OR

_____     /s/ Benjamin P. Novak
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Defendants__, who issues or requests this subpoena, are:

Benjamin P. Novak, Esq.  1860 Charter Lane, Suite 201, Lancaster, PA 17601  bnovak@fhmslaw.com  (717) 696-0551

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## CERTIFICATE OF SERVICE

I, Mallori A. Beiler, employee of Fowler Hirtzel McNulty & Spaulding, LLC do hereby state that a true and correct copy of the foregoing document was sent via electronic mail upon the following individual(s) on the date set forth below:

Paul C. Siegrist, Esquire
Stone, Wiley, & Linsenbach, P.C.
3 N. Baltimore Street
Dillsburg, PA 17019
paul@SWLLawyers.com
*Counsel for Plaintiff*

**FOWLER HIRTZEL McNULTY & SPAULDING, LLC**

Date: February 20, 2024

By: *Mallori A. Beiler*
Mallori A. Beiler, Paralegal
1860 Charter Lane, Suite 201
Lancaster, PA 17601-5865
(717) 553-2600 ext. 306

{W1701204.1}

## CERTIFICATE OF SERVICE

I, Mallori A. Beiler, employee of Fowler Hirtzel McNulty & Spaulding, LLC do hereby state that a true and correct copy of the foregoing document was sent via electronic mail upon the following individual(s) on the date set forth below:

Paul C. Siegrist, Esquire
Stone, Wiley, & Linsenbach, P.C.
3 N. Baltimore Street
Dillsburg, PA 17019
paul@SWLLawyers.com
*Counsel for Plaintiff*

**FOWLER HIRTZEL McNULTY & SPAULDING, LLC**

Date: February 26, 2024          By: *Mallori A. Beiler*

Mallori A. Beiler, Paralegal
1860 Charter Lane, Suite 201
Lancaster, PA 17601-5865
(717) 553-2600 ext. 306

{W1704251.1}