# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH A. NINEHOUSER<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JEREMY READ, individually and in his official capacity as an officer for Lower Allen Township Police Department and LOWER ALLEN TOWNSHIP d/b/a Lower Allen Police Department<br><br>　　　　　Defendants. | CIVIL ACTION - LAW<br><br>NO. 1:23-CV-1639<br><br>JURY TRIAL BY 12 DEMANDED |

## STIPULATION

The undersigned parties to the above-caption action hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiff's claims are dismissed, in their entirety, with prejudice, with each side bearing their own costs and fees. It is further stipulated and agreed by the undersigned that this Stipulation may be signed in counterparts, and facsimile, or PDF copies of signatures shall be deemed originals for purposes of its execution.

| FOWLER HIRTZEL MCNULTY & SPAULDING, LLC | STONE, WILEY & LINSENBACH, P.C. |
|---|---|
| /s/ Benjamin P. Novak | /s/ Paul C. Siegrist |
| **BENJAMIN P. NOVAK, ESQUIRE**<br>Attorneys for Defendants Jeremy Read and Lower Allen Township | **PAUL C. SIEGRIST, ESQ.**<br>Attorneys for Plaintiff |
| Dated: August 14, 2024 | Dated: 8/14/2024 |

{W1790335.1}